UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ELIZABETH A. REESE, )
                    )
        Plaintiff   )
                    )        Case No. 3:09-00495
v.                  )        Judge Nixon/Knowles/Brown
                    )
DUANE D. FELMETEN and )
POWERSOURCE TRANSPORTATION, INC., )
                    )
        Defendants  )

## O R D E R

A settlement conference was held on May 26, 2010. Although the parties bargained in good faith a satisfactory settlement could not be reached during the conference.

The Magistrate Judge stands ready to assist the parties should they believe further negotiations would be beneficial.

At the present time nothing remains to be done before the undersigned and the **Clerk** is directed to return the file to Magistrate Judge Knowles.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge