UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELIZABETH A. REESE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:09-CV-00495 |
| | ) |
| DUANE D. FELMETEN and | ) |
| POWERSOURCE TRANSPORTATION, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER

Based on agreement of the Parties, as evidenced by signature of counsel below,

IT IS HEREBY **ORDERED, ADJUDGED AND DECREED** that the trial in this matter is scheduled for November 30, 2010 at 9:00 a.m. before the Honorable John T. Nixon. This matter is anticipated to take one to two days.

IT IS FURTHER **ORDERED, ADJUDGED AND DECREED** that the Pretrial Conference is scheduled for ~~July 9, 2010~~ *November 19, 2010* at 10:00 a.m. before the Honorable John T. Nixon.

Entered this the 22nd day of June, 2010.

_____
Senior Judge John T. Nixon