IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ELIZABETH A. REESE ) | |
| ) | |
| Plaintiff, ) | No.: 3:09cv0495 |
| ) | |
| v. ) | Judge Nixon |
| ) | |
| DUANE D. FELMETEN and ) | Magistrate Judge Knowles |
| POWERSOURCE ) | |
| TRANSPORTATION, INC., ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER OF COMPROMISE, SETTLEMENT AND DISMISSAL

The parties have agreed, as evidenced by the signatures of their respective counsel hereto, to a compromise and settlement of all causes of action set forth in this matter. The parties, therefore, desire a full dismissal with prejudice with regard to the same.

THEREFORE, it is hereby so ORDERED that this matter is dismissed, with prejudice, in all respects. Each party will be responsible for their own discretionary costs. Court costs will be assessed against the defendant for which execution may issue if necessary.

Enter this the 20th day of September, 2010.

Judge John T. Nixon, Sr.
Senior U. S. District Judge